DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK ROMAN,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** as Trustee for WAMU
Mortgage Pass-Through Certificate Series 2005-A6,
Appellee.

No. 4D16-3136

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Larry Schack, Judge; L.T. Case No. 2013CA010589XXXXMB.

Steven M. Selz of Selz & Muvdi Selz, P.A., Jupiter, for appellant.

Jonathan R. Rosenn and Alejandra A. Lopez of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***